IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BOSSANI PRAIJUN (A/K/A MERCEDZES HANKINS),

    Plaintiff,

v.

DOCTOR BURTON COX,
DOCTOR ADTER, NURSE A. REUTER,
NURSE L.H., NURSE B.E. AND NURSE K.R.,

    Defendants.

ORDER

Case No. 14-cv-330-wmc

    Plaintiff Bossani Praijun (a/k/a Mercedzes Hankins), a prisoner incarcerated at the Wisconsin Secure Program Facility in Boscobel, WI, has filed a proposed civil complaint.

    Plaintiff indicated in his cover letter submitted along with his complaint that he has the ability to pay the $350 filing fee. However, with the exception of habeas corpus proceedings, the fee for civil actions filed after May 1, 2013 is $400 unless a litigant qualifies as indigent under the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a), in which case the fee is $350. I cannot determine at this time whether plaintiff qualifies for indigent status because he has not submitted a certified copy of his inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint. 28 U.S.C. § 1915(a)(2).

    For this case to proceed, plaintiff must submit either the $400 filing fee or a certified trust fund account statement no later than June 3, 2014. In the event that plaintiff submits a trust fund account statement, I will calculate an initial partial payment amount that must be paid before the court can screen the merits of the complaint under 28 U.S.C.

§ 1915(e)(2). Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

Should plaintiff choose to pay the $400 filing fee, his complaint will immediately be taken under advisement pursuant to the Prison Litigation Reform Act for screening to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that plaintiff Bossani Praijun (a/k/a Mercedzes Hankins) may have until June 3, 2014 to either pay the $400 filing fee or submit a trust fund account statement for the period beginning approximately November 1, 2013 and ending approximately May 1, 2014. If, by June 3, 2014, plaintiff fails to respond to this order, I will assume that he wishes to withdraw this action voluntarily. In that event, the case will be closed without prejudice to plaintiff filing the case at a later date.

Entered this 8th day of May, 2014.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge