IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BOSSANI PRAIJUN
a/k/a MERCEDZES HANKINS,

                 Plaintiff,                 ORDER

      v.                                  14-cv-330-jdp

BURTON COX, DOCTOR ADTER,
NURSE A. REUTER, NURSE L.H.,
NURSE B.E., and NURSE K.R.,

                 Defendants.

---

Plaintiff Bossani Praijun a/k/a Mercedzes Hankins, an inmate at the Wisconsin Secure Program Facility, filed this Eighth Amendment medical care case in May 2014, alleging that prison medical staff delayed in providing treatment for a hernia. After filing the complaint, plaintiff submitted the $400 filing fee. Plaintiff has now submitted a notice of voluntary dismissal and asks for a refund of the $400 filing fee.

Because the court has not yet screened the complaint under 28 U.S.C. § 1915A and defendants have not answered or otherwise responded to the complaint, plaintiff's notice dismisses the case. Fed. R. Civ. P. 41(a)(1)(A)(i). In addition, because the court has taken no action on the complaint, I will grant plaintiff's request for a refund of the filing fee.

ORDER

IT IS ORDERED that:

1. Plaintiff's motion for refund of the filing fee, Dkt. 8, is GRANTED.

2. The clerk of court is directed to return plaintiff's filing fee and close this case.

Entered this 23rd day of October, 2014.

BY THE COURT:
/s/
JAMES D. PETERSON
District Judge